

# THE ATTORNEY GENERAL
## OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

February 25, 1969

Honorable J. W. Edgar  
Commissioner of Education  
Texas Education Agency  
201 East 11th Street  
Austin, Texas 78701

Opinion No. M-344

Re: Territorial limits of the Burnet Independent School District

Dear Dr. Edgar:

In your recent request for an official opinion from this Department you have submitted the following facts:

1. Burnet Independent School District is a county-line school district having territory in Burnet and Llano counties. Briggs Independent School District is also a county-line school district having territory in Burnet and Williamson Counties.

2. On August 16, 1968, the Burnet County Board of School Trustees annexed the Briggs Independent School District to Burnet Independent School District pursuant to the provisions of Article 2922a, Vernon's Civil Statutes.

3. On August 20, 1968, the Board of Trustees of the Briggs Independent School District appealed the order of the Burnet County Board to the Commissioner of Education as authorized by Article 2686, Vernon's Civil Statutes. By order of September 17, 1968, the Commissioner of Education sustained the action of the Burnet County board. The Commissioner's order was not appealed.

4. The Llano County Board of School Trustees approved the annexation by the Burnet County board on August 23, 1968.

5. The Williamson County Board of School Trustees refused to approve the annexation of Briggs Independent School District to the Burnet

Independent School District. The refusal to
approve the annexation was appealed to the
Commissioner of Education by the Burnet
County board. The Commissioner of Education
ruled that the annexation was valid under
Article 2922a, and no appeal was perfected
from this order; that the refusal of the
School Trustees of Williamson County con-
stituted an abuse of discretion.

From the facts submitted, it appears that the annex-
ation is authorized by virtue of the provisions of Article
2922a-29221, Vernon's Civil Statutes. See also State v.
School of Trustees of Shelby County, 150 Tex. 238, 239
S.W.2d 777 (1951). Parties who are aggrieved by acts of
County Boards of School Trustees may appeal to the Co-
mmissioner of Education and through the judicial system.
Article 2686, V.C.S., Cook v. Neill, 163 Tex. 49, 352
S.W.2d 258 (1961). Under the submitted facts, all parties
who were aggrieved by the actions of the various boards
elected to appeal to the Commissioner of Education, who
upheld the annexation of Briggs Independent School District
to the Burnet Independent School District. No appeals
were perfected from the orders of the Commissioner, and
we accordingly hold that the annexation is valid.

In view of the foregoing, the holdings in such cases
as County School Trustees v. Leon Independent School Dis-
trict, 336 S.W.2d 809 (Tex. Civ. App. 1960, no writ), also
in 328 S.W.2d 928 (Tex. Civ. App. 1959, no writ) and Lorena
Ind. Sch. Dist. v. Rosenthal Com.Sch. Dist., 421 S.W.2d
491 (Tex. Civ. App. 1967, error ref. n.r.e.), with which
you are concerned, are not applicable to the factual sit-
uation here presented, and the law to be applied thereto.
In that line of cases, no action of concurrence of the
proposed annexation had been taken by the trustees of one
of the school districts affected. Consequently the orders
of annexation and transfer were invalid. In the situation
now before us, the non-concurrence of the Williamson County
Board of School Trustees was appealed and the Commissioner
of Education reversed the action and ordered concurrence.
This became final when no appeal was taken therefrom. In-
sofar as the Williamson County Board had the right to re-
fuse concurrence, the State Commissioner was empowered to
substitute its order of concurrence in lieu thereof upon
finding an abuse of discretion by the Williamson County
Board. This was one of the holdings in the Rosenthal
case, supra.

## S U M M A R Y

The annexation of Briggs Independent School District by the Burnet Independent School District is valid.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John W. Fainter, Jr.
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
Rick Fisher
Houghton Brownlee
Jack Sparks
James Quick

W. V. Geppert
STAFF LEGAL ASSISTANT